UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X
SHAGUFTA SIDDIQI,

                Plaintiff,

      - against -

NORTH SHORE LONG ISLAND JEWISH HEALTH SYSTEM,

                Defendant.
------------------------------------------------X

**FILED VIA ECF**

03-CV-5943 (ARR) (CLP)

**STIPULATION DISMISSING ACTION**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff and defendant in the above-captioned action, that this action is dismissed, with prejudice in its entirety.

Dated: New York, New York
       September 15, 2005

EPSTEIN BECKER & GREEN, P.C.

By: _____
David O. Simon, Esq. (DS-0108)
250 Park Avenue
New York, New York 10177
(212) 351-4500
Attorneys for Defendant

HARDING & MOORE

By: _____
James P. Harding, Esq. (JH-1804)
80-59 Lefferts Boulevard
Kew Gardens, New York 11415
(718) 805-1500
Attorneys for Plaintiff

So ordered.   JSPT

NY:728999v2